# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LISA PINEDA, individually, and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA BETTER HEALTH OF ILLINOIS INC.,<br><br>    Defendant. | Case No. 1:21-cv-00462<br><br>Honorable Thomas M. Durkin |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that LISA PINEDA ("Plaintiff") and AETNA BETTER HEALTH OF ILLINOIS INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: March 12, 2021

Respectfully submitted,

**LISA PINEDA**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1