## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LISA PINEDA, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

AETNA BETTER HEALTH OF ILLINOIS INC.,

    Defendant.

Case No.: 1:21-cv-00462

Honorable Judge Thomas M. Durkin

## STIPULATION OF DISMISSAL

    Plaintiff, LISA PINEDA, and Defendant, AETNA BETTER HEALTH OF ILLINOIS INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against AETNA BETTER HEALTH OF ILLINOIS INC. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: June 8, 2021

    LISA PINEDA

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
Attorney for Plaintiff

Respectfully Submitted,

AETNA BETTER HEALTH OF ILLINOIS INC.

*/s/ Kirstin B. Ives*
Kirstin B. Ives, Esq.
Falkenberg Ives LLP.
230 W Monroe Street, Suite 2220
Chicago, IL 60606
Phone: 312-566-4800
kbi@falkenbergives.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2021, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system.


*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.